**Allison CHAPMAN, Appellant,**

v.

**U.S. BANK, N.A., a Minnesota Corporation, formerly known as Heritage Bank Inc., former Montana Corporation, Appellee.**

**No. 08–1611.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 6, 2009.

Filed: May 8, 2009.

Allison Chapman, Geraldine, MT, pro se.

Jana Marie–Rose Gaffaney, Charles F. Webber, Faegre & Benson, argued, Minneapolis, MN, for Appellee.

---

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Allison Chapman appeals the district court's[1] denial of her motion for reconsideration. We hold that the district court did not abuse its discretion in denying reconsideration, because Chapman raised arguments that she could have raised in a timely appeal. *See Sanders v. Clemco Indus.*, 862 F.2d 161, 169–70 (8th Cir.1988) (standard of review; court was not required to grant Rule 60(b) motion where it raised ground for relief that could have been raised in timely appeal). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.